**49D04-1904-CT-014327**                                Filed: 4/9/2019 1:49 PM
Marion Superior Court, Civil Division 4                                Clerk
                                                         Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |

PAMLEA K. WRUCKE

    Plaintiff

v.

MARRIOTT INTERNATIONAL, INC.

    Defendant

## COMPLAINT AND JURY DEMAND

Plaintiff, Pamela K. Wrucke, by counsel, states as follows for her Complaint:

1. At all relevant times, Plaintiff Pamela K. Wrucke permanently resided and was domiciled in Vanderburg County, Indiana.

2. At all relevant times, Defendant Marriott International, Inc., was a Foreign For-Profit Corporation that, owned, operated, and maintained the facility at issue in this lawsuit located at 8670 Allisonville Road, Indianapolis, Marion County, Indiana acting through its owners, managers, employees, agents and assigns.

3. This lawsuit alleges a tort injury that occurred in Marion County, Indiana, making this Court a proper and preferred venue to hear the action.

4. On or about January 24, 2018, Plaintiff Pamela K. Wrucke was a business invitee staying at Defendant's hotel located in Indianapolis, Indiana.

5. Ms. Wrucke was leaving the hotel to go workout prior to beginning her work day when she immediately slipped and fell on snow and ice past the covered walkway of the hotel exit that created an unreasonably dangerous condition.



EXHIBIT A

6. Defendant knew or should have known of the inclement weather that day and the snow and ice on the sidewalk but negligently and carelessly took no adequate steps to remedy or warn of the hazard.

7. As a direct and proximate result of the negligence and carelessness of Defendant, the hazard caused her to fall, and she sustained bodily injury.

8. As a direct and proximate result of her bodily injury, Plaintiff incurred or expects to incur the following: past and future medical bills and related expenses, past and future pain and suffering, inconvenience, and permanent impairment.

WHEREFORE, Plaintiff demands judgment against Defendant Marriott International, Inc. in her favor and award of compensatory damages, as shown by evidence, to include the following: past and future medical and related expenses, past and future pain, suffering, inconvenience, loss of income, and permanent impairment.

Plaintiff further demands **TRIAL BY JURY**, judgment interest (where allowed by law) costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

*s/ Brandon W. Smith*
Brandon W. Smith, #28165-22
Morgan & Morgan
611 East Spring Street
New Albany, IN 47150
812-542-0048 (t)
812-941-4026 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## JURY DEMAND

Pursuant to TR 38(B), Plaintiff demands trial by jury on all triable issues.

*s/ Brandon W. Smith*
*Counsel for Plaintiff*